United States District Court
Southern District of Texas
**ENTERED**
February 22, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MELODIE PARKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:23-cv-365 |
| | § | |
| PORTFOLIO RECOVERY | § | |
| ASSOCIATES, LLC, *ET AL.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On February 21, 2024, the plaintiff filed a notice of voluntary dismissal as to its claims against both defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Dkt. 10.

Accordingly, it is hereby **ORDERED** that all claims asserted by the plaintiff against the defendants in the above-captioned and numbered lawsuit are **DISMISSED WITH PREJUDICE** to refiling.

Each party to bear its own attorneys' fees and costs.

Signed on Galveston Island this 22nd day of February, 2024.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE